NOTE: This order is nonprecedential

# United States Court of Appeals for the Federal Circuit

2010-3099

EUGENE SMITH,

Petitioner,

v.

OFFICE OF PERSONNEL MANAGEMENT,

Respondent.

Petition for review of the Merit Systems Protection Board in case no. DA3443090556-I-1.

ON MOTION

Before LINN, Circuit Judge.

ORDER

Eugene Smith requests that the court appoint counsel to represent him and moves for reconsideration of the court's order denying his request for leave to proceed in forma pauperis.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) Smith's request that the court appoint counsel is denied. Smith's opening informal brief (form enclosed) is due within 30 days of the date of filing of this order.

(2) Smith's motion for reconsideration is denied. Payment of the $450 docketing fee is due within 30 days of the date of filing of this order.

FOR THE COURT

<u>MAY 1 1 2010</u>
Date

<u>/s/ Jan Horbaly</u>
Jan Horbaly
Clerk

cc:  Eugene Smith (informal brief form enclosed)
Antonia R. Soares., Esq.

s20

**FILED**
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

MAY 1 1 2010

JAN HORBALY
CLERK